IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HOME HEALTH PROFESSIONALS, INC.                                  PLAINTIFF

v.                                  No. 3:23-cv-92-DPM

EMPLOYERS MUTUAL CASUALTY
COMPANY; EMCASCO INSURANCE
COMPANY; UNION INSURANCE CO.
OF PROVIDENCE; and EMC PROPERTY
& CASUALTY COMPANY                                               DEFENDANTS

JUDGMENT

Home Health Professionals, Inc.'s complaint will be dismissed with prejudice. The Court retains jurisdiction until 29 July 2024 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

28 May 2024